United States District Court

Eastern District of California

Reginald Thorpe,

      Plaintiff,                      No. Civ. S 05-1008 FCD PAN P

  vs.                            Order

Snow, et al.,

      Defendants.

-oOo-

    September 14, 2005, plaintiff requested an extension of time to file and amended complaint.  Good cause appearing, plaintiff's request is granted and time is extended until 30 days from the date this order is signed.

    So ordered.

    Dated:  September 20, 2005.

                                      /s/ Peter A. Nowinski
                                      PETER A. NOWINSKI
                                      Magistrate Judge