United States District Court

Eastern District of California

Reginald Thorpe,

      Plaintiff,                    No. Civ. S 05-1008 FCD PAN P

  vs.                                 Findings and Recommendations

Snow, et al.,

      Defendants.

-oOo-

    July 15, 2005, the court dismissed plaintiff's complaint for failure to state a claim upon which relief could be granted and explained the complaint's deficiencies, giving plaintiff 30 days' leave to file an amended complaint correcting those deficiencies. September 21 and November 9, 2005, the court granted plaintiff 30-day extensions of time.  The time granted has expired and plaintiff has not filed an amended complaint.

    Accordingly, I hereby recommend that this action be dismissed for failure to state a claim upon which relief could be

granted.  28 U.S.C. § 1915A; 28 U.S.C. § 1915(g).

Pursuant to the provisions of 28 U.S.C. § 636(b)(1), these findings and recommendations are submitted to the United States District Judge assigned to this case.  Written objections may be filed within 20 days of service of these findings and recommendations.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The district judge may accept, reject, or modify these findings and recommendations in whole or in part.

Dated:  January 5, 2006.

                     /s/ Peter A. Nowinski
                     PETER A. NOWINSKI
                     Magistrate Judge