IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REGINALD THORPE,

        Plaintiff,                    No. CIV S-05-1008 FCD EFB P

    vs.

SNOW, et al.,

        Defendant.              <u>ORDER</u>

_____/

    Defendants Snow, Gutierrez, Marquez, Scotts, Wuest and Albin request an extension of time to file and serve a response to the complaint. *See* Fed. R. Civ. P. 6(b).

    Defendants' September 28, 2006, request is granted and defendants have 30 days from the date this order is served to file and serve a response to the complaint.

    So ordered.

Dated: October 2, 2006.

                                     EDMUND F. BRENNAN
                                     UNITED STATES MAGISTRATE JUDGE