IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REGINALD THORPE,

        Plaintiff,                      No. CIV S-05-1008 FCD EFB P

   vs.

SNOW, et al.,

        Defendants.          <u>ORDER</u>

_____/

      Plaintiff is a prisoner seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. Defendants answered the first amended complaint on October 31, 2006. The court issued a discovery and scheduling order on November 15, 2006. Plaintiff requests an extension of time to take "whatever action is to be taken by the plaintiff after the defendants' have answered the first amended complaint." Motion at 1. *See* Fed. R. Civ. P. 6(b).

      The court has reviewed plaintiff's motion and construes it as a request for clarification.

      Plaintiff asserts that the court explained how to oppose motions but plaintiff is unsure how to proceed because defendants did not attach a motion to their answer. A defendant, in response to a complaint and before filing an answer, may file a motion asking that the complaint be dismissed. Fed. R. Civ. P. 12(a), (b), (e), (f). Defendants filed no such motion, but instead

////

1 filed an answer. Although defendant may, at some point file a dispositive motion seeking to end
2 this case, no other pleading is required at this point. *See* Fed. R. Civ. P. 7(a). Therefore,
3 plaintiff is under no obligation to file any document in response to the answer. If defendant later
4 files a motion, plaintiff is required to respond as previously instructed. Plaintiff is bound by the
5 Local Rules, which were sent to him on July 28, 2006, and by the discovery and scheduling
6 order issued on November 15, 2006.

7 Accordingly, it is HEREBY ordered that plaintiff's November 16, 2006, motion,
8 construed as one for clarification. That clarification has been provided. Plaintiff is under no
9 obligation to file a document in response to defendant's the answer. He is, however, bound by
10 the Local Rules, and by the discovery order and previous scheduling order entered in this case.
11 Dated: December 5, 2006.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE