IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REGINALD THORPE,

      Plaintiff,                                No. CIV S-05-1008 FCD EFB P

     vs.

SNOW, et al.,                                 <u>ORDER</u>

      Defendants.
_____/

     Plaintiff is a prisoner without counsel seeking relief for civil rights violations. *See* 42 U.S.C. § 1983. Plaintiff has requested that the court issue a subpoena directing the warden of California State Prison at Sacramento to produce official prison reports, policies and the like. Plaintiff attaches a request for the production of documents, which he asserts he served on defendants, seeking reports, policies and logs. He asserts that the documents he seeks are discoverable and cites to Fed. R. Civ. P. 26(b).

     The purpose of the rule authorizing the issuance of a subpoena is to compel one to appear at a hearing, deposition or trial and, if appropriate, to bring relevant documents to the proceeding. Advisory Committee Notes to Fed. R. Civ. P. 45. By contrast, a party may seek to enforce a requests for the production of documents by filing a motion and serving it on the party who has not responded or who has objected to the request. *See* Fed. R. Civ. P. 37(a).

Plaintiff does not seek to compel a witness to appear for any formal proceeding governed by Rule 45.  Instead, it appears that plaintiff seeks to compel defendants' compliance with a discovery request.

Therefore, it is ORDERED that plaintiff's December 21, 2006, request for a subpoena is denied.

Dated: January 17, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE