1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REGINALD THORPE,

          Plaintiff,                        No. CIV S-05-1008 FCD EFB P

     vs.

SNOW, et al.,

          Defendants.                <u>ORDER</u>

_____/

16      Plaintiff is a prisoner without counsel seeking relief for civil rights violations. *See* 42

17 U.S.C. § 1983.  The parties have submitted a stipulation for voluntary dismissal. *See* Fed. R.

18 Civ. P. 41(a)(1)(ii).  However, there is a discrepancy between the language used in the

19 stipulation and the language used in the caption and the proposed order as to whether the

20 dismissal is with, or without prejudice.  Accordingly, a corrected stipulation and order must be

21 submitted to resolve the discrepancy.  Moreover, the revised stipulation and order shall correct

22 the signature line on the order to remove Magistrate Judge Nowinski and identify the assigned

23 District Judge.

24      The relevant portion of Rule 41 states that an action may voluntarily dismissed "by filing

25 a stipulation of dismissal signed by all parties who have appeared in the action."  Fed. R. Civ. P.

26 41(a)(1)(ii).  Furthermore, "Unless otherwise stated in the notice of dismissal or stipulation, the

1  dismissal is without prejudice, except that a notice of dismissal operates as an adjudication upon

2  the merits when filed by a plaintiff who has once dismissed in any court of the United States or

3  of any state an action based on or including the same claim." *Id.*   Here, the caption of the

4  stipulation says, "Stipulation for Voluntary Dismissal With Out [sic] Prejudice."  However, the

5  body of the stipulation says that the action "shall be dismissed with prejudice as to all

6  Defendants."  The typewritten text in the proposed order clause provided for dismissal with

7  prejudice.  However,  that language was lined out and the words "without prejudice" were

8  handwritten above it.  There is also a handwritten addition stating that CDCR will waive costs

9  and attorney's fees.  Below that text are the signatures of plaintiff and of counsel for defendants.

10  While it appears that counsel for defendants changed the caption based on an agreement to

11  dismiss *without* prejudice, and simply neglected to change the language of the actual stipulation,

12  the court is not inclined to infer such intent with respect to what appears to be a settlement

13  agreement.  The parties must clarify their intent.

14       Accordingly, it is ORDERED that within 20 days of the date of this order, the parties

15  shall submit for the signature of the district judge assigned to this matter a corrected stipulation

16  that makes clear whether the dismissal is with or without prejudice.

17  Dated:  March 8, 2007.

18

19  _____

20  EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

2